UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEODORE SHOVE,

    Plaintiff,

    v.

MCDONALD, et al.,

    Defendants.

Case No. 14-cv-02903-JD

**ORDER DISMISSING CASE**

This is a civil rights case brought pro se by a state prisoner. The Court granted defendants' motion to dismiss and revoked plaintiff's in forma pauperis status. Plaintiff was ordered to pay the full filing fee within twenty-eight days or the case would be dismissed. Plaintiff has not paid the filing fee, but did file a notice of appeal. To the extent the notice of appeal is a motion for reconsideration, it is denied. Because plaintiff has not paid the filing fee, this action is **DISMISSED**. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: January 7, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEODORE SHOVE,

    Plaintiff,

v.

MCDONALD, et al.,

    Defendants.

Case No. 14-cv-02903-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theodore Shove ID: G11092  
San Quentin State Prison  
San Quentin, CA 94974

Dated: January 7, 2016

    Susan Y. Soong  
    Clerk, United States District Court

By: /s/ Lisa R. Clark  
LISA R. CLARK, Deputy Clerk to the  
Honorable JAMES DONATO

2