1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   THEODORE SHOVE,

Case No. 14-cv-02903-JD

8              Plaintiff,

9        v.

**ORDER ON MOTIONS**

Re: Dkt. Nos. 99, 100, 103, 114, 115, 118,

10  MCDONALD, et al.,

121

11             Defendants.

12

13          This is a civil rights case brought pro se by a state prisoner.  Defendants filed a motion to

14  dismiss for failure to prosecute that is fully briefed and that the Court will review in due course.

15  Plaintiff has filed many other miscellaneous motions.  Plaintiff's motion for reconsideration

16  (Docket No. 99) is denied for the same reasons as set forth in the prior Court order.  Plaintiff's

17  motions for an in camera review (Docket No. 103), to submit evidence of obstruction of

18  prosecution (Docket No. 114), to prosecute criminal acts (Docket No. 115) are denied as meritless

19  and frivolous.  Plaintiff's motion to compel (Docket No. 100) is denied without prejudice.  If this

20  case continues after the Court reviews the motion to dismiss for failure to prosecute, the Court will

21  address any discovery disputes.[1]

22          For the foregoing reasons, the Court hereby orders as follows:

23          1.  Plaintiff's motions (Docket Nos. 99, 100, 103, 114, 115, 121) are **DENIED** as

24  discussed above.

25          2.  GOOD CAUSE APPEARING, it is hereby ordered that defendants' request for an

26  extension of time (Docket No. 118) is **GRANTED** and a dispositive motion shall be filed within

27

28
_____
[1] None of the discovery requests in the motion to compel pertain to the pending motion to dismiss.

sixty days if the Court denies the motion to dismiss for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  April 24, 2018

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

| | |
|---|---|
| THEODORE SHOVE, | Case No. 14-cv-02903-JD |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MCDONALD, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theodore  Shove ID: G11092
San Quentin State Prison
San Quentin, CA 94974

Dated: April 24, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO